UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10373-MLW |
| | ) |
| ERIC MOLIGNARO | ) |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be unsealed, on the grounds that the defendant in the above-captioned case has been taken into custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Dena T. Sacco
Ann Taylor
Assistant U.S. Attorneys

DOCKETED

Date: December 16, 2004

So Ordered:

/s/ Maurienne B. Bowler, USM
United States Magistrate Judge

Dated: December 16, 2004

DOCKETED