UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10373-MLW |
| | ) | |
| ERIC MOLIGNARO | ) | |

<u>DEFENDANT'S ASSENTED-TO MOTION FOR ORDER OF RELEASE</u>

Defendant, Eric Molignaro, respectfully moves that this Court order him to be released from custody to reside at the Coolidge House, when and if a bed is available, in accordance with the proposed order filed herewith.

Assistant U.S. Attorney Dena Sacco and Pretrial Services Officer David Picozzi have reviewed this motion and the proposed order and assent to both.

ERIC MOLIGNARO
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10373-MLW |
| | ) | |
| ERIC MOLIGNARO | ) | |

ORDER OF RELEASE

After hearing, and with the agreement of the parties, the Court hereby orders that

defendant, Eric Molignaro, be released from custody in order to reside at the Coolidge House,

when and if Coolidge House accepts Mr. Molignaro as a resident.   The Court will hold a further

hearing to set the other conditions of release after Mr. Molignaro is accepted by the Coolidge

House.

So ordered.


_____        _____
                                                Marianne B. Bowler
                                                Chief  U.S. Magistrate-Judge

                                                Dated:  _____