UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10373-MLW |
| | ) |
| ERIC MOLIGNARO | ) |

### MOTION TO IMPOUND

Defendant, Eric Molignaro, respectfully move this Court to impound the Supplemental Ex Parte Affidavit of Counsel filed this date.

As grounds for this Motion, undersigned counsel states that the affidavit sets forth information that relates to undersigned counsel's preparation of the case.

                      ERIC MOLIGNARO
                      By his attorney,

                      Miriam Conrad
                        B.B.O. # 550223
                      Federal Defender Office
                      408 Atlantic Ave. 3rd Floor
                      Boston, MA  02110

### CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Ann Taylor by delivery on April 8, 2005.

                      Miriam Conrad