UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10373-MLW
)
ERIC MOLIGNARO )

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED:**

1. The government shall provide defense counsel, Miriam Conrad, with an image of the hard drive of the computer in the above-captioned matter, necessarily including any and all alleged child pornography and/or contraband contained thereon. This item shall hereinafter be referred to as the "computer evidence." Ms. Conrad shall maintain the computer evidence as follows:

    a. The computer evidence shall be maintained by Ms. Conrad in accordance with this Order, except as provided in Section 2 below, and shall be used by her solely and exclusively in connection with this case (including trial preparation, trial, and appeal).

    b. The computer evidence shall be maintained by Ms. Conrad in a locked file or cabinet at all times, except while being actively utilized or as otherwise provided for in this Order.

    c. A copy of this Order shall be kept with the computer evidence at all times.

    d. The computer evidence shall be accessed and viewed only by Ms. Conrad, other employees of the Federal Defender Office, and the expert retained by Ms. Conrad in this case, Robert Young, who shall access and view the computer evidence only as set forth in Section 2 below. Employees of the Federal Defender Office may only view the evidence in Ms. Conrad's presence, and only after reviewing this order and agreeing to be bound by it. Ms. Conrad shall maintain a list of all employees granted access to the computer evidence, which list shall include the dates and times of such access.

Attachment to Protective Order Filed on May 12, 2005

I, Robert Young, have been retained and/ or consulted as an expert by the Defendant in the case pending in the United States District Court for the District of Massachusetts, <u>United States v. Eric Molignaro</u>, Criminal Action Number 04-10373-MLW. I have been provided with a copy of the Protective Order filed with the Court on May 12, 2005, and Counsel for the defendant, Miriam Conrad, has explained the Protective Order to me. I understand that I must comply with the Protective Order, that I may use the materials <u>only</u> as provided therein, and that I may be subject to prosecution for contempt if I and/or any member of my staff violate the Protective Order.

Signed this 16th day of May, 2005

Name: Robert Young
Title: President, Ability Systems Corp.
Address: PO Box 6593, Aloha, OR 97007