UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
        V.               )    CRIMINAL NO. 04-10373-MLW
                         )
ERIC MOLIGNARO           )
```

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                    By:  /s/ Timothy Q. Feeley
                                            TIMOTHY Q. FEELEY
June 7, 2005                          Assistant U.S. Attorney
                                            (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Miriam Conrad, Federal Defender Office, 408 Atlantic Avenue, Boston, MA, a copy of the foregoing document by hand delivery.

                                            /s/ Timothy Q. Feeley
                                            TIMOTHY Q. FEELEY
                                            Assistant U.S. Attorney