UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10373-MLW |
| | ) | |
| ERIC MOLIGNARO | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
ENLARGE TIME FOR FILING MOTION TO SUPPRESS

    Defendant, Eric Molignaro, respectfully moves that this Court enlarge the time for him to file his motion to suppress in this case from June 29 until July 28. As grounds for this motion, undersigned counsel states that she needs additional time to investigate the grounds for the motion and that she and government counsel have initiated discussions regarding a possible resolution of this case.

    Assistant U.S. Attorney Timothy Q. Feeley has stated his assent to this motion.

    ERIC MOLIGNARO
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061

June 17, 2005