UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10373-MLW |
| ) | |
| ERIC MOLIGNARO ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE STATUS CONFERENCE

Eric Molignaro, respectfully moves that this Court continue the status conference scheduled for July 6 until August 2. As grounds for this motion, undersigned counsel states that the time for filing her motion to suppress has been enlarged until July 28 to allow her and government counsel to discuss a possible resolution of this case.

The parties agree that the time from July 6 until August 2 should be excluded from the provisions of the Speedy Trial Act.

Assistant U.S. Attorney Timothy Q. Feeley has stated his assent to this motion.

                                                             ERIC MOLIGNARO
                                                             By his attorney,

                                                             /s/ Miriam Conrad

                                                            Miriam Conrad
                                                               B.B.O. #550223
                                                            Federal Defender Office
                                                            408 Atlantic Avenue
                                                            Boston, MA  02110
                                                            Tel: 617-223-8061

July 5, 2005