UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10373-MLW |
| | ) | |
| ERIC MOLIGNARO | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE STATUS CONFERENCE

Eric Molignaro, respectfully moves that this Court continue the status conference scheduled for August 2 until a date after Labor Day, and enlarge the time for filing a motion to suppress until August 19. As grounds for this motion, undersigned counsel states that she and government counsel need additional time to discuss a possible resolution of this case.

The parties agree that the time from August 2 until the new conference date should be excluded from the provisions of the Speedy Trial Act.

Assistant U.S. Attorney Timothy Q. Feeley has stated his assent to this motion.

ERIC MOLIGNARO
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061

July 28, 2005