UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )   CRIMINAL NO. 04-10373-MLW
                         )
ERIC MOLIGNARO           )
```

JOINT MOTION TO TRANSFER CASE TO
DISTRICT JUDGE FOR RULE 11 HEARING

The parties hereby jointly move that this Court transfer this case to the district judge assigned to this case (Wolf, J.) for purposes of a Rule 11 hearing. The defendant wishes to change his plea pursuant to a plea agreement between the parties.

ERIC MOLIGNARO                          MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/ Miriam Conrad              By: /s/ Timothy Feeley
   MIRIAM CONRAD                       TIMOTHY Q. FEELEY
   Attorney for Defendant              Assistant U.S. Attorney
   (617) 223-8061                      (617) 748-3172

August 25, 2005