# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10373-MLW

UNITED STATES OF AMERICA

v.

ERIC MOLIGNARO

## *FINAL STATUS REPORT*

August 30, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the transportation of child pornography and possession of child pornography, was returned on December 15, 2004;

2. The defendant was arraigned on the Indictment on December 17, 2004;

3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. Counsel for the defendant has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through September 9, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge