UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                              **CRIMINAL CASE**

                                               **NO. 04-10373-MLW**
        V.

**ERIC MOLIGNARO**
        Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **OCTOBER 28, 2005** at 10:30 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                      SARAH A. THORNTON
                                      CLERK OF COURT

**October 21, 2005**              By:   /s/ Dennis O'Leary
        Date                             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                  [ntchrgcnf.]
                                          [kntchrgcnf.]