UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10373

| United States of America | Eric Molignaro |
|---|---|
| PLAINTIFF | DEFENDANT |
| Waqar Hasib | Miriam Conrad |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Change of Plea |
|---|---|
| 10/28/05 | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government summarizes the evidence it would present had the case gone to trial. |
| | Defendant pleads guilty to count 2 of the indictment |
| | Court defers accepting the defendant's plea until sentencing. |
| | Court continues the defendant's release on the same conditions |
| | Sentencing set for 1/23/2006 at 3:00 PM.  Procedural order to issue. |