UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) | CRIMINAL NO. 04-10373-MLW |
| v. | | |
| ERIC MOLIGNARO | | |

DEFENDANT'S ASSENTED-TO MOTION TO
AMEND CONDITIONS OF RELEASE

Defendant, Eric Molignaro, respectfully moves that this Court amend his conditions of release to allow him to leave the Coolidge House from 8 a.m. to 8 p.m. on Thanksgiving Day, November 24, 2005, and from 8 a.m. to 8 p.m. on Christmas Day, December 25, 2005, in order to permit him to spend the day with his family at his mother's home in Cambridge.  Undersigned counsel will provide his mother's address and phone number to Pretrial Services.

Among those present will be Mr. Molignaro's 8-year-old niece. Mr. Molginaro's sister, who is the girl's mother, will be present at all times and has asked that this Court allow this motion, as she feels the visit would be beneficial for her daughter, who greatly misses her uncle.

Deputy Chief Pretrial Services Officer Basil Cronin and Assistant U.S. Attorney Timothy Q. Feeley have stated that they assent to this motion.

ERIC MOLIGNARO
By his attorney,

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061