IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT

2006 JAN -9 P 4: 47

DISTRICT OF MASSACHUSETTS

DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10373-MLW |
| ) | |
| ERIC MOLIGNARO ) | |

## MOTION TO IMPOUND

Defendant, Eric Molignaro, hereby moves that this court impound the Sentencing Memorandum, filed under seal this date.

As grounds for this motion, undersigned counsel states that the memorandum contains personal and confidential information.

ERIC MOLIGNARO
By his attorney,

Miriam Conrad
B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Timothy Q. Feeley and U.S. Probation Officer Jo Lyness by delivery on January 9, 2006.

Miriam Conrad