```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

   UNITED STATES OF AMERICA    )
                               )
             v.                )     CRIMINAL NO. 04-10373-MLW
                               )
   ERIC MOLIGNARO              )
```

COUNSEL'S REPORT OF COMPLIANCE WITH PROTECTIVE ORDER

In accordance with the protective order entered in this case on May 13, 2005, defense counsel hereby respectfully reports that she has complied with the terms of that order and has returned the computer evidence produced in this case to FBI Special Agent Robert Blackmore. A receipt provided by Agent Blackmore is attached hereto.

```
                              ERIC MOLIGNARO
                              By his attorney,

                              /s/ Miriam Conrad

                              Miriam Conrad
                                 B.B.O. #550223
                              Federal Defender Office
                              408 Atlantic Avenue
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2006.

```
                              /s/ Miriam Conrad

                              Miriam Conrad
```

FD-597 (Rev 8-11-94)                                                                   Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __01/25/2006__

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) __Miriam Conrad__
(Street Address) __Federal Defenders Office__
(City) __Boston, MA__

Description of Item(s): __5 Compact Discs listed as 305C-BS-92401__

Received By: _(Signature)_     Received From: _(Signature)_